IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL MERA-RAMIREZ,<br><br>*Defendant.* | Case No. 1:26-mj-110 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jose J. Oquendo, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), being first duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of a criminal complaint and arrest warrant charging that from on or about February 13, 2026, through on or about March 13, 2026, in Prince William County, Virginia, within the Eastern District of Virginia, MIGUEL MERA-RAMIREZ did illegally possess firearms, in violation of 18 U.S.C. § 922(g)(5)(A) (Possession of a Firearm by an Alien), and illegally deal in firearms, in violation of 18 U.S.C. § 922(a)(1)(A) (Dealing in Firearms Without a License).

2.     I am a Special Agent with ATF and have been so employed since 2014. I am currently assigned to the ATF Washington Field Division, Falls Church II Field Office, an enforcement group responsible for investigating violent crime, gangs, armed drug trafficking, and other firearm related violations. In my capacity as a law enforcement officer, I have investigated individuals for the illegal sale, possession, and use of firearms. I have successfully completed numerous training programs hosted or sponsored by ATF, the Federal Law Enforcement Training Center, and other federal law enforcement agencies and organizations. I

have received specialized training in the investigation of federal crimes involving firearms and narcotics.

3.      As a Special Agent with ATF, I am authorized, pursuant to 18 U.S.C. § 3051, to enforce any of the criminal, seizure, or forfeiture provisions of the laws of the United States.

4.      I have participated in the investigation of the offenses set forth below. The facts and information contained in this affidavit are based on my personal knowledge and information obtained from other law enforcement officers and witnesses. All observations referenced in this affidavit that were not personally made by me were relayed to me by the person(s) who made such observations or in reports that detailed the events described by that person(s). This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

<u>PROBABLE CAUSE</u>

5.      On or about February 18, 2026, ATF and Homeland Security Investigations ("HSI") investigators received information from a Confidential Source ("CS") regarding MERA-RAMIREZ.[1] The CS stated that MERA-RAMIREZ is an illegal alien from Michoacan, Mexico, who was selling firearms in the Manassas area.

6.      The CS said that MERA-RAMIREZ owed the CS approximately $7,000 and offered to pay the debt by giving the CS four rifles and a shotgun. The CS showed investigators an image that he had received by text message on February 13, 2026, from MERA-RAMIREZ's phone number. That text message included an image (below) of what appears to be four long guns—three rifles and a shotgun.

---

[1] The CS is cooperating with investigators with the hope of receiving an immigration benefit.



7.      According to the CS, MERA-RAMIREZ told the CS that the guns belonged to MERA-RAMIREZ's son. MERA-RAMIREZ's son was arrested by Immigration and Customs Enforcement on December 3, 2025, and is currently detained.

8.      Investigators learned that MERA-RAMIREZ pawned a concrete saw at a pawnshop in Manassas on February 18, 2026. The pawnshop's records reflect that MERA-RAMIREZ provided his phone number, the same one referenced above in paragraph 6, and used his Mexican Consular ID card as identification. MERA-RAMIREZ also provided his address to the pawnshop as 9406 Lafayette Avenue, Manassas, Virginia.

9.      At the direction of investigators, the CS contacted MERA-RAMIREZ on February 19, 2026. Through text messages, the individual, who I believe to be MERA-RAMIREZ, agreed to exchange the firearms for the debt that MERA-RAMIREZ owed to the CS.

10.     On February 20, 2026, ATF and HSI special agents conducted a controlled purchase of five firearms[2] from MERA-RAMIREZ through the CS.[3] The operation was audio and video recorded. During the controlled purchase, the CS traveled to MERA-RAMIREZ's residence on 9406 Lafayette Avenue. This location is in Prince William County, Virginia, within the Eastern District of Virginia. There, MERA-RAMIREZ handed the CS a black trash bag that contained firearms. MERA-RAMIREZ also carried out of his house another black trash bag that held firearms and placed it into the trunk of the CS's car. During the transaction, MERA-RAMIREZ told the CS to come back later for more firearms.

11.     Between the two bags were five firearms[4]—four rifles and a shotgun:

- SAVAGE; Model: 10; Caliber: .308; RIFLE; S/N: K646452;

- ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; RIFLE; S/N: 19146164;

- BENELLI, S. PA.; Model: NOVA; Caliber: 12; SHOTGUN; S/N: Z084526;

- KELTEC, CNC INDUSTRIES, INC.; Model: SUB-2000; Caliber: .40; RIFLE; S/N: 19457; and

---

[2] One of the firearms was not pictured in the image shown above in paragraph 6.

[3] In these controlled purchases, the CS met with law enforcement officers at a staging location. There, the investigators searched the CS for weapons, contraband, and currency, and did not find any. The investigators provided the CS with a recording device and recorded "buy funds." The CS then drove, while under law enforcement surveillance, to MERA-RAMIREZ's home to meet with him. The investigators surveilled the CS's meeting with MERA-RAMIREZ. After the transaction, the law enforcement officers surveilled the CS as he drove from MERA-RAMIREZ's home to the staging location. The investigators took possession of the firearms from the CS at the staging location.

[4] Investigators test-fired the firearms and submitted the test fired casings to the National Integrated Ballistics Information Network ("NIBIN"). Each of these long guns is a "firearm" as defined in 18 U.S.C. § 921(a)(3).

- RUGER; Model: 10/22; Caliber: .22; RIFLE; S/N: 0003-36569.[5]

12.     The trash bags also contained a magazine loaded with 14 rounds of .223 caliber ammunition and 11 rounds of .22 caliber ammunition.

13.     After the purchase concluded, the device using MERA-RAMIREZ's phone number sent the CS a picture of additional firearms (below). MERA-RAMIREZ offered to sell the pictured handguns for $1,800.



14.     On March 5, 2026, ATF and HSI special agents conducted a second controlled purchase of four firearms from MERA-RAMIREZ through the CS. The operation was audio and

---

[5] The seized Anderson Manufacturing, Benelli, Keltec, and Ruger firearms appear to be the same ones pictured in the text message in paragraph 6.

video recorded. During the controlled purchase, the CS traveled to MERA-RAMIREZ's residence on 9406 Lafayette Avenue. MERA-RAMIREZ handed the CS a white plastic bag that contained firearms.

15.    There were four handguns in the bag:[6]

- TAURUS; Model: 856; Caliber: .38; REVOLVER; S/N: ABN350353;

- GLOCK; Model: 45; Caliber: 9mm; PISTOL; S/N: BKDY539;

- HS PRODUKT; Model: XDM Elite; Caliber: 9mm; PISTOL; S/N: AT289591;

- FIE; Model: Titan; Caliber: .25; PISTOL; S/N: 104725; and

- RUGER; Model: 10/22; Caliber: .22; RIFLE; S/N: 0003-36569.[7]

16.    The Glock pistol was outfitted with a 30-round extended pistol magazine.

17.    Investigators have queried law enforcement and immigration databases for records related to MERA-RAMIREZ, the person that MERA-RAMIREZ identified as his son to the CS, and the person who investigators identified as MERA-RAMIREZ's wife. Investigators have also reviewed images of the Mexican Consular ID referenced above in paragraph 8.

18.    According to Mexican government documents, a Consular ID is "proof of Mexican nationality and domicile abroad. It is issued by Mexican consulates after a rigorous process to confirm the identity and residence of the bearer." The Consular ID has a series of

---

[6] Investigators test-fired the pistols and submitted the test fired casings to NIBIN. Each of these handguns is a "firearm" as defined in 18 U.S.C. § 921(a)(3). The revolver was not test-fired, but appears, based on my training and experience, to be a "firearm."

[7] The seized Taurus, Glock, HS Produkt, FIE, and Ruger firearms appear to be the same ones pictured in the text message referenced in paragraph 13. One of the handguns pictured in paragraph 13 was not sold to the CS.

MERA-RAMIREZ does not have a license to deal in firearms.

security features to confirm authenticity. MERA-RAMIREZ's Consular ID appears to be genuine. The United States Embassy in Mexico confirmed the accuracy of this information.

19.     Immigration records for the individual who MERA-RAMIREZ identified as his son show that this individual was born in Mexico. That person has no lawful status in the United States and currently is in immigration custody for reinstatement of a final order of removal, which was issued by an immigration judge on or about September 30, 2025.

20.     Immigration records for the individual who investigators identified as MERA-RAMIREZ's wife show that she was born in Mexico. She previously entered the United States without inspection and was returned to Mexico voluntarily on December 16, 2006. She has no lawful status in the United States.

21.     There is no record of MERA-RAMIREZ's lawful entry into the United States nor any pending applications for lawful status. This absence of records is consistent with an individual's entry into the United States without inspection, *i.e.* entering into the country other than at a time and place designated by immigration officials, thus evading inspection.[8]

22.     On March 13, 2026, the Honorable William E. Fitzpatrick issued a search warrant for information associated with MERA-RAMIREZ's phone number, (703) 398-5288, referenced above in paragraphs 6, 8, 9, and 13. Subscriber information from AT&T showed the listed address for that phone number as 9406 Lafayette Avenue. Further, location data for the device using that phone number showed that it was located in Manassas.

---

[8] The CS told investigators that the CS observed MERA-RAMIREZ wearing a "Martin and Dad Construction" company t-shirt. A search of Virginia State Corporation records show that "Martin and Dad Construction" was incorporated in June 2015. The president is identified as the individual who investigators believe is MERA-RAMIREZ's wife and the secretary is listed as the person who MERA-RAMIREZ identified to the CS as his son. The business's address is the residence on Lafayette Avenue referenced above in paragraphs 8, 10, 14, and 22.

CONCLUSION

23.     Based on the foregoing, I respectfully submit that there is probable cause to conclude that from on or about February 13, 2026, through on or about March 13, 2026, in Prince William County, Virginia, within the Eastern District of Virginia, MERA-RAMIREZ illegally possessed firearms, in violation of 18 U.S.C. § 922(g)(5)(A) (Possession of a Firearm by an Alien), and illegally dealt in firearms, in violation of 18 U.S.C. § 922(a)(1)(A) (Dealing in Firearms Without a License).

Respectfully submitted,

Jose J. Oquendo
Special Agent
Bureau of Alcohol, Tobacco, Firearms &
Explosives

Subscribed and sworn to in accordance with
Fed. R. Crim. P. 4.1 by telephone on April 16, 2026.

Digitally signed by Ivan Davis
Date: 2026.04.17 10:22:48 -04'00'

The Honorable Ivan D, Davis
United States Magistrate Judge

Alexandria, Virginia

8